# EXHIBIT 2

# Annual Notice to Students

The purpose of the MGH Institute of Health Professions Catalog, which is published online, is to provide information about the Institute to persons who work and study at the Institute, to persons who may be interested in applying for admission, and to the general public.

The Institute's catalog is for informational purposes only and does not constitute a contractual agreement between a student and The MGH Institute of Health Professions. The Institute reserves the right to make changes in curricula, degree requirements, course offerings, or academic policies at any time when, in the judgment of the faculty, the President, or the Board of Trustees, such changes are in the best interest of the students and the Institute.

MGH Institute of Health Professions is committed to ensuring a welcoming academic community for all. Our inclusive environment is enriched by our differences including age, color, disability, gender identity and expression, genetic information, marital status, national and ethnic origin, race, religion, sex, sexual orientation, status as a parent, socio-economic background, veteran, or active military status.

The Institute prohibits discrimination in admissions, financial aid, employment, and administration of its programs and activities.

This policy incorporates, by reference, the requirements of Title VI of the Civil Rights Act, Title IX of the 1972 Educational Amendments, and all relevant federal, state, and local laws, statutes, and regulations.

The Office of Enrollment Services encourages all students to carefully review the most current catalog to understand federal and Institute policies and procedures related to academic and student life at the Institute as well as the Family Educational Rights and Privacy Act (FERPA).

The Institute encourages all students to carefully review the **Student Complaint Policies and Procedures**, to understand the formal mechanisms in place for seeking a resolution to complaints.

Students enrolled in an academic program that customarily leads to professional licensure should review the relevant section on the **Professional Licensure** page for information on your program's ability to meet your home state's requirements for professional licensure. Please **contact Joanna Kreisel** in the Office of Compliance if you have additional questions.

For any catalog questions, please contact the Registrar's office.