# EXHIBIT 3

5/7/24, 4:07 PM                                     MGH Institute of Health Professions: Title IX - Sexual Harassment-Assault and Non-Discrimination Policies

Case 1:24-cv-11290 Document 13 Filed 05/14/24 Page 2 of 5

BACK TO MAIN SITE ≡

# Title IX - Sexual Harassment-Assault and Non-Discrimination Policies

The MGH Institute of Health Professions is committed to creating and maintaining a community in which all its members including students, faculty, staff, educational supervisors and visitors can live and work together in an environment free from discrimination.

**Statement of Non-Discrimination**

The It is important to note that the MGH Institute of Health Professions is committed to ensuring a welcoming academic community for all. Our inclusive environment is enriched by our differences including age, color, disability, gender, gender identity and expression, genetic information, marital status, national and ethnic origin, race, religion, status as a parent, socio-economic background, veteran or active military status.

The Institute prohibits discrimination in admissions, financial aid, employment and administration of its programs and activities.

This policy incorporates, by reference, the requirements of Title VI of the Civil Rights Act, Title IX of the 1972 Educational Amendments, and all relevant federal, state, and local laws, statutes, and regulations.

**Title IX of the Education Amendments of 1972**

Title IX is an all-encompassing federal law that prohibits discrimination on the basis of the sex of students and employees at educational institutions which receive federal financial assistance.   Sexual harassment of students, which includes acts of sexual violence, is a form of sex discrimination. A number of different acts fall into the category of sexual violence including rape, sexual assault, sexual battery and sexual coercion.  All such acts of sexual violence are forms of sexual discrimination covered under Title IX.  The United States Department of Education's Office for Civil Rights (OCR) is in charge of enforcing Title IX.   It states:

*No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance.* 20 U.S.C. § 1681

**Title IX Coordinators**

The Institute's primary concern is ensuring the safety of students, employees and visitors and providing access to services. Duties and responsibilities include monitoring and oversight of overall implementation of Title IX compliance at the Institute such as coordination of training, education, communications, and administration of grievance procedures for students, faculty and staff.  While compliance with this law is the responsibility of all members of the Institute community, any person who believes that discriminatory practices have been engaged in based upon gender may discuss their concerns informally or file a formal complaint of possible violations of Title IX with the following Title IX Coordinators:

***Dean of Student and Alumni Services/Title IX Coordinator for Students***
Bldg. 34, 2nd Floor, 1st Avenue
Boston, MA 02129

Refer to Title IX (Sexual Harassment/Assault) Reporting Procedures for resolution of student complaints.

Please note that the IHP has long-standing policies to ensure that all members of its community work and learn in a safe, respectful and productive educational environment that is free from any type of discrimination and safety concerns.  All IHP and DPT program policies are applicable whether students are participating in academic or clinical work on or off campus.  Any student who has concerns about their safety may discuss them with their program advisor and/or the Dean of Student and Alumni Services who also serves as the IHP's Title IX Coordinator for Students.

***Director of Human Resources/Title IX Coordinator for Faculty and Staff***
Bldg. 34, 2nd Floor, 1st Avenue
Boston, MA 02129

Staff and faculty should also refer to the IHP's Intranet HR Policies & Procedures' *Sexual Harassment Policy* for resolution of complaints.

In addition, individuals may also file a formal complaint with the following Commonwealth and Federal agencies:

United States Equal Employment Opportunity Commission (EEOC), John F. Kennedy Federal Building, 475 Government Center, Boston, MA 02203; (1-800- 669-4000; http://www.eeoc.gov)

Massachusetts Commission Against Discrimination (MCAD), One Ashburton Place, Sixth Floor, Room 601, Boston, MA 02108; 617-994-6000; http://www.mass.gov/mcad

Office for Civil Rights (OCR), United States Department of Education, 33 Arch Street, Suite 900, Boston, MA 02110-1491; 617-289-0111; email: ocr.Boston@ed.gov; web: http://www.ed.gov/ocr

BACK TO MAIN SITE ≡

# Harassment Policy

## Statement of Policy

It is the policy of the IHP to promote a learning, living and work environment that is free of all forms of harassment. Harassment on the basis on race, color, sex, sexual orientation, gender identity or expression, age, religion, national and ethnic origin, disability, and military or veteran status undermines the basic principles of the Institute community. It is not acceptable behavior and will not be tolerated.

Harassment is defined as the use of derogatory comments or act(s) directed toward an individual's race, color, sex, sexual orientation, gender identity or expression, age, religion, national and ethnic origin, disability, and military or veteran status that:

1. Humiliates and/or intimidates an individual;
2. Has the purpose or effect of creating a hostile or offensive learning, living, or working environment;
3. Impedes and/or interferes with learning or living environment, work performance, or campus life activities.

This policy applies to any allegation of harassment regardless of whether the alleged harassment occurred on or off-campus. Although there is no geographical limitation to invoking this policy, harassment that is alleged to have occurred off campus may be more difficult to investigate.

Members of the IHP community are encouraged to report harassment immediately to one of the Title IX coordinators  in  order to maximize its ability to obtain evidence and conduct a thorough, impartial, and reliable investigation.

A retaliatory action or behavior taken toward an individual as a consequence of his or her decision to report a complaint or a retaliatory action or behavior taken toward an individual who cooperates in an investigation is prohibited. Retaliatory acts may include intimidation, threats, harassment, and/or other

adverse action threatened or taken against a complainant or third party.   Such retaliation shall be considered a serious violation of this Policy and shall be independent of whether a charge of harassment is substantiated. Retaliation should be reported promptly to the IHP official handling the complaint.   The IHP also considers filing an intentionally false report of harassment a violation of this Policy.

The filing of a complaint of harassment under this Policy is independent of any criminal investigation or proceeding, and the IHP will not wait for the conclusion of any criminal investigation or proceedings to commence its own investigation.

Because of the greater frequency of expressed concerns about sexual harassment, most of this Policy refers to that topic.  However, this is not intended to limit the Policy's application to sexual harassment.  To the contrary, the procedures in this Policy are intended to apply equally to other forms of harassment covered by federal and state laws and/or by IHP policy.