UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>                 Plaintiff,<br><br>    v.<br><br>MGH INSTITUTE OF HEALTH PROFESSIONS,<br><br>                 Defendant. | Case No. |

## DECLARATION OF JOHN DOE IN SUPPORT OF MOTION TO PROCEED BY PSEUDONYM

I, John Doe, under penalty of perjury and pursuant to 28 U.S.C. 1746 hereby declare as follows:

1. I am the Plaintiff in the above-captioned action and submit this declaration in support of my motion to proceed by pseudonym in the litigation I initiated today.

2. "John Doe" is not my real name. I wish to proceed in this case under the pseudonym "John Doe" to protect my anonymity.

3. I am an Orthodox Jew and am bringing my complaint in the above-captioned action to address egregious and unlawful religious, ethnic, and national origin based discrimination by MGH Institute of Health Professions ("IHP") in violation of federal anti-discrimination laws and IHP's own policies. My complaint is based on anti-Semitism I faced and continue to face by IHP and its faculty.

4. I am extremely concerned that my name being part of the public record in this litigation could bring me harm given the inordinately heightened levels of anti-Semitism in the United States and the retaliation — including harassment and threats of violence — being directed toward those who speak out against anti-Semitism, particularly Jewish and Israeli students. I am

also concerned that if I face retaliation for bringing my complaint, others in similar shoes who faced anti-Semitism and discrimination will be afraid to bring complaints, especially against educational institutions like IHP.

5. I respectfully request the Court's permission to proceed in this litigation by using the name "John Doe."

I declare under penalty of perjury under the laws of the United States and the State of Massachusetts that the foregoing is true and correct.

Executed this \_\_13.00\_\_ day of May in Beverly Hills, California.

John Doe

John Doe

2